■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE M. KEITHLINE, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ BETTY R. SOKOLOF, Respondent, v. HERBERT SOKOLOF, Appellant.— In an action for divorce by the wife in which a final decree was entered in her favor, the defendant husband appeals, as limited by his counsel on argument, from so much of an order of the Supreme Court, Nassau County, dated December 30, 1960, as denies his motion to modify the decree by reducing the amount of alimony payable thereunder; such reduction being sought on the ground that the husband's financial circumstances have changed since the entry of the decree. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

## (March 16, 1961)

■ MONICA HARRINGTON, Respondent, v. KEDEM REALTY CORP., Respondent, and DEERING ELEVATOR Co., Appellant.— Motion by plaintiff-respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before April 7, 1961. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. Thomas F. MALONEY, Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.